AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.
Richard Marion Blosser

*Defendant(s)*

Case No. MJ-26- 80 -BU-KLD

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November of 2023 to October of 2026 in the county of Gallatin in the District of Montana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud (Penalty: 20 years imprisonment, $250,000 fine, and three years of supervised release) |
| 18 U.S.C. § 1957 | Money laundering (Penalty: 10 years imprisonment, $250,000 fine, and three years of supervised release) |
| 18 U.S.C. § 152(2), (3), (6), (9) | Concealment of assets; false oaths and claims; bribery: 5 years imprisonment, $250,000 fine, and three years of supervised release) |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein by reference

☑ Continued on the attached sheet.

/S/ Brian Anderson
*Complainant's signature*

Brian Anderson, Special Agent IRS-CI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: Oct 23, 2026

Kathleen L DeSoto
*Judge's signature*

City and state: Missoula, Montana

Hon. Kathleen L. DeSoto, U.S. Magistrate Judge
*Printed name and title*