IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD MARION BLOSSER,<br><br>Defendant. | MJ 26-80-BU-KLD<br><br>ORDER |

On October 23, 2026, Defendant Richard Marion Blosser appeared before the Court for his initial appearance on the Criminal Complaint filed against him. The Court advised Defendant of his rights with respect to the charges. Defendant waived his right to a preliminary hearing. The United States requested that Defendant be detained pending his trial. Defendant requested release and the Court heard arguments on the issue of release or detention.

The Court has authority to detain a criminal defendant pending a trial if the Court "finds that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community[.]" 18 U.S.C. § 3142(e). To meet its burden of persuading the Court that no conditions will reasonably ensure the safety of any other person or the

community, the government must present clear and convincing evidence to that effect. 18 U.S.C. § 3142(f)(2). A finding that no condition or combination of conditions will reasonably assure the defendant's appearance must be supported by a preponderance of the evidence. *United States v. Aitken*, 898 F.2d 104, 107 (9th Cir. 1990).

The Court has considered the evidence and arguments presented by counsel as they bear upon the factors listed in § 3142(g). Based on the record in this case, including Defendant's continued pattern of engaging in the behavior that led to the filing of the charges in this case, the Court finds there is clear and convincing evidence establishing that no condition or combination of conditions will reasonably assure the safety of the community if Defendant were released. The Court concludes Defendant is subject to detention under 18 U.S.C. § 3142(e).

Therefore, IT IS HEREBY ORDERED the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the

Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS HEREBY ORDERED** the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 23rd day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge